**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00417-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MICHAEL P. THELAN,

    Plaintiff,

v.

GOVERNOR HICKENLOOPER,
STATE OF COLORADO,
ALL LINCOLN COUNTY OFFICIALS,
SHERIFF OF LINCOLN COUNTY AND DEPUTIES,
TOWN OF HUGO,
MAYOR OF HUGO, COLORADO,
ALL HUGO CITY EMPLOYEES AND MARSHALS,
LINCOLN COUNTY JUDGE TRUSTON FISHER,
DISTRICT ATTORNEY OF 18TH JUDICIAL DISTRICT, CAROL CHAMBERS,
DEPUTY DISTRICT ATTORNEYS and
ALL LINCOLN COUNTY JAIL OFFICIALS, et al.,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff, an inmate at the Cheyenne Mountain Re-Entry Center, has submitted to the court a Colorado Statutory Notice of Intent to Sue Pursuant to C.R.S. § 24-10-109 in which he claims that his rights have been violated and seeks an award of damages. Because it appears that Plaintiff is seeking judicial relief, this civil action has been commenced. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the document is deficient as described in this order. Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this court in this action. If Plaintiff does not intend to pursue a civil action in this court, he should advise the court of that fact and the instant action will be dismissed. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx  is not submitted
(2)  __  is missing affidavit
(3)  xx  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement submitted is not certified and does not cover the entire 6-month period)
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  xx  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form (must use the court's current form)
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx  other: motion is necessary only if entire $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) xx  is not submitted
(12) __  is not on proper form
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's

2

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 19, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge