IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00417-BNB

MICHAEL P. THELEN,

    Plaintiff,

v.

GOVERNOR HICKENLOOPER,
STATE OF COLORADO,
ALL LINCOLN COUNTY OFFICIALS,
SHERIFF OF LINCOLN COUNTY AND DEPUTIES,
TOWN OF HUGO,
MAYOR OF HUGO, COLORADO,
ALL HUGO CITY EMPLOYEES AND MARSHALS,
LINCOLN COUNTY JUDGE TRUSTON FISHER,
DISTRICT ATTORNEY OF 18TH JUDICIAL DISTRICT, CAROL CHAMBERS,
DEPUTY DISTRICT ATTORNEYS and
ALL LINCOLN COUNTY JAIL OFFICIALS, et al.,

    Defendants.

## ORDER DISMISSING CASE

    Plaintiff, Michael P. Thelen, is a prisoner in the custody of the Colorado Department of Corrections.  Mr. Thelen initiated this action by filing *pro se* a Colorado Statutory Notice of Intent to Sue Pursuant to C.R.S. § 24-10-109 (ECF No. 1).  On February 19, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Thelen to cure certain deficiencies if he wished to pursue any claims in this Court in this action.  On March 4, 2013, Mr. Thelen filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4) and on March 5, 2013, he filed a motion for an extension of time to cure the remaining deficiencies (ECF No. 5).  On March 6, 2013, Magistrate

Judge Boland entered a minute order granting the motion for an extension of time to cure the deficiencies. On April 23, 2013, Mr. Thelen filed a Motion to Withdraw Notice of Intent to File Suit (ECF No. 7).

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Thelen "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Defendant in this action. Therefore, the Court will construe Mr. Thelen's April 23 motion as a notice of voluntary dismissal. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that Plaintiff's Motion to Withdraw Notice of Intent to File Suit (ECF No. 7) filed on April 23, 2013, is construed as a notice of voluntary dismissal. It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal. It is

FURTHER ORDERED that the voluntary dismissal is effective as of April 23, 2013, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4) filed on March 4, 2013, is DENIED as moot.

DATED at Denver, Colorado, this  25th  day of      April         , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court